FILED
OCT 14 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 26-cr-494-JAR/JSD |
| | ) | |
| DANIEL OTT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Sila Karacal, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

Rebuttable Presumption

1. Defendant is charged with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). These charges carry a rebuttable legal presumption, under Title 18, United States Code, Section 3142(e)(3)(E), that no conditions of release will reasonably assure Defendant's appearance and the safety of the community.

The Nature and Circumstances of the Offense

2. Pursuant to Title 18, United States Code, Section 3142(g)(1), the nature and circumstances of the offense warrant detention. Defendant would request and receive images of

child pornography on Telegram. Defendant engaged in numerous conversation on Telegram where he spoke about his attraction to minor girls including his daughter. During the course of these conversations Defendant was employed as a middle school principle and spoke about his attraction to the minor female students.

The Weight of the Evidence

3. Pursuant to Title 18, United States Code, Section 3142(g)(2), the weight of the evidence supports pre-trial detention. Defendant has admitted the offense.

Danger to the Community

4. Pursuant to Title 18, United States Code, Section 3142(g)(4), Defendant should be detained pending trial, due to the danger he poses to the community.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Sila Karacal*
Sila Karacal #64507MO
Assistant United States Attorney